FILED

Apr 23, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:26-cr-00069-JLT-SKO** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| GUILLERMO CATZALCO, | |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges: T H A T

GUILLERMO CATZALCO,

defendant herein, on or about June 28, 2022, in the County of Fresno, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

(1) Assault with a Deadly Weapon other than a Firearm, in violation of California Penal Code § 245(a)(1), on or about August 21, 2001, in Stanislaus County, California;

(2) Theft of a Vehicle, in violation of California Vehicle Code § 10851(a), on or about July 21, 2003, in Stanislaus County, California;

(3) Burglary, in violation of California Penal Code § 459, on or about September 15, 2003, in

INDICTMENT                                                    1

Stanislaus County, California;

(4) Felon in Possession of a Firearm, in violation of California Penal Code § 12021(a), on or about July 1, 2005, in Stanislaus County, California;

(5) Resisting an Executive Officer, in violation of California Penal Code § 69, on or about August 19, 2009, in Stanislaus County, California;

(6) Felon in Possession of a Firearm, in violation of California Penal Code § 12021(a), on or about August 19, 2009, in Stanislaus County, California; and

(7) Evading a Peace Officer, in violation of California Vehicle Code § 2800.2(a), on or about October 13, 2015, in Stanislaus County, California;

did knowingly possess a firearm, specifically, a North American Arms Inc., .22 caliber revolver with serial number G43490 and ammunition, specifically, .357 caliber ammunition, .38 caliber ammunition, and .223 caliber ammunition, in and affecting commerce, in that said firearm and ammunition had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1.     Upon conviction of the offense alleged in this Indictment, defendant  GUILLERMO CATZALCO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2.     If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as

INDICTMENT

2

incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

/s/ Eric Grant
_____
ERIC GRANT
United States Attorney

INDICTMENT                                3